UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JON GIRODES,

                          Plaintiff,

             -against-

RIKERS ISLAND,

                          Defendant.

26-CV-0277 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 20, 2026, the Court directed Plaintiff, if he wished to commence and prosecute this action, to submit a complaint, a completed request to proceed *in forma pauperis* ("IFP application"), and a prisoner authorization, or pay the fees required to file a civil action in this court, within thirty days. That order specified that failure to comply would result in dismissal of the complaint. By letter dated February 18, 2026, Plaintiff confirmed that it was not his intention to commence this lawsuit and thanked the Court for its service. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    March 6, 2026
          New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                          Chief United States District Judge