UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JON GIRODES,

                    Plaintiff,

          -against-

RIKERS ISLAND.,

                    Defendants.

26 CIVIL 00277 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 6, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 8, 2026

          New York, New York

_____
          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
     Chief United States District Judge